|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00474-KJD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JACOB CARL TILP, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 16, 2025 at 9:30 a.m., be vacated and continued to November 17, 2025 at the hour of 9:30 a.m. in courtroom 4A.

   DATED this 29th day of August 2025.

_____
UNITED STATES DISTRICT JUDGE

3